UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES CARTER,

    Petitioner,

v.                                           Case No.   8:21-cv-1570-WFJ-CPT

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Before the Court is Mr. Carter's Motion to Strike Respondents [sic] Response and Expedite the Proceeding (Doc. 30). Upon consideration, the motion is **DENIED**. Expediting the case is not warranted, considering Respondent recently filed the response to the third amended petition on May 10, 2022, and Mr. Carter's reply is not due until June 16, 2022. And there is no reason to strike either Respondent's November 19, 2021 response/motion to dismiss (because it was denied) (see Doc. 24), or Respondent's May 5, 2022 Motion for Leave to File Excess Pages (because it was granted and there is no basis to strike that motion) (see Doc. 26). Finally, to the extent Mr. Carter asserts portions of the state record were not filed by Respondent, he may file a separate motion to supplement the record in which he identifies with specificity the portions of the state record that were not filed and explains why those materials are relevant to the Court's resolution of a claim in

1

the petition.

**ORDERED** in Tampa, Florida, on May 19, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to: James Carter, *pro se*
Counsel of Record