# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JAMES CARTER,

    Petitioner,

v.                                Case No.   8:21-cv-1570-WFJ-CPT

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Before the Court is Respondent's Motion to Dismiss for Lack of Prosecution (Doc. 37) in which Respondent argues this action should be dismissed for Mr. Carter's failure to file a fourth amended petition.[1]

The Court entered an order granting Mr. Carter leave to file a fourth amended petition primarily to allow him to allege additional claims and clarify the claims alleged in the third amended petition (see Doc. 36). The order did not state this action would be dismissed if Mr. Carter failed to file a fourth amended petition. Rather, the order granted him leave to file a fourth amended petition within thirty days, advised him this was the final opportunity to amend, and advised him the

---

[1] As alternative relief to dismissal, Respondent moves the Court to "consider the third amended petition as Mr. Carter's final pleading and resolve the claims raised therein to the extent that they are sufficiently pled." (Doc. 37, p. 2, fn. 1).

1

action would be dismissed if he filed a fourth amended petition not on the court-approved form mailed to him (Id.). Therefore, dismissal for failing to file a fourth amended petition is not warranted.

Accordingly, the Motion to Dismiss for Lack of Prosecution (Doc. 37) is **DENIED**. This action will proceed on Mr. Carter's third amended petition (see Doc. 18).

**ORDERED** in Tampa, Florida, on November 15, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to: James Carter, *pro se*
           Counsel of Record